# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GARCIA ESPINOZA, | Case No. ED CV 16-0988 FMO (DFM) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

Pursuant to the Order Adopting in Part and Rejecting in Part Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the decision of the Commissioner denying benefits is reversed, and the action is remanded to the Commissioner for further proceedings consistent with the Order.

Dated this 30th day of November, 2018.

/s/
Fernando M. Olguin
United States District Judge