James Pi, Calif. Bar No. 188880
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
485 Madison Avenue, Suite 501
New York, NY 10022
(212)-677-6801
Fax (646)-273-2196
Fedcourt@binderlawfirm.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARTIN GARCIA ESPINOZA, | ) | 5:16-CV-00988-FMO-DFM |
| | ) | |
| Plaintiff, | ) | **PROPOSED ORDER AWARDING** |
| | ) | **ATTORNEY FEES UNDER THE** |
| v. | ) | **EQUAL ACCESS TO JUSTICE** |
| | ) | **ACT, PURSUANT TO 28 U.S.C.** |
| COMMISSIONER OF THE SOCIAL | ) | **§ 2412(d), AND COSTS, PURSUANT** |
| SECURITY ADMINISTRATION, | ) | **TO 28 U.S.C. § 1920** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of SEVEN THOUSAND SEVENTEEN DOLLARS AND TWENTY SIX CENTS ($7,017.26), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED DOLLARS ($400.00), subject to the terms of the above-referenced Stipulation, to include the United States Department of the Treasury's Offset Program pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Any payment shall be delivered to Plaintiff's counsel.

Dated: April 30, 2019

_____
Honorable Douglas F. McCormick
United States Magistrate Judge

1